DECEMBER 21, 1998

No. 98–808. ATRIA RECLAMELUCIFERS FABRIEKEN BV (CRICKET BV) ET AL. *v.* TALKINGTON ET AL. C. A. 4th Cir. Cer-

tiorari dismissed under this Court's Rule 46.1.